UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSHUA K. BOYER,**

    **Petitioner,**

v.                                            Case No. 8:05-cv-623-T-30TBM

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____

## ORDER

THIS CAUSE comes before the Court upon Petitioner's construed requests for Certificates of Appealability ("COA") (Dkts. #33 and #39) and an Affidavit of Indigency, which this Court construes as a Motion to Proceed *In Forma Pauperis* (Dkt. #37). Petitioner also seeks appointment of counsel in his Notice to the Court (Dkt. #39).

The Court denied Petitioner's constitutional claims on the merits (Dkt. #5) on November 13, 2006. While issuance of a COA does not require a showing that the appeal will succeed, *see Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003), under the controlling standard, a petitioner must demonstrate that reasonable jurists would find the Court's assessment of the Petitioner's constitutional claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). Petitioner has failed to make this threshold showing. *See Slack*, 529 U.S. at 485.

ACCORDINGLY, the Court **ORDERS** that:

1.	Petitioner's construed requests for Certificates of Appealability (Dkt. #33, #39) are DENIED.

2.	Petitioner's Affidavit of Indigency, which this Court construes as a Motion to Proceed *In Forma Pauperis* (Dkt. #37), is DENIED.

3.	Petitioner's request for appointment of counsel (Dkt. #39) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-623.deny coa.frm